1   Carolyn Hunt Cottrell (SBN 158253)
2   Ori Edelstein (SBN 268145)
    Kristabel Sandoval (SBN 323714)
3   **SCHNEIDER WALLACE**
4   **COTTRELL KONECKY LLP**
    2000 Powell Street, Suite 1400
5   Emeryville, California 94608
6   Telephone: (415) 421-7100
    Facsimile:  (415) 421-7105
7   ccottrell@schneiderwallace.com
8   oedelstein@schneiderwallace.com
    ksandoval@schneiderwallace.com
9
10  *Attorneys for Plaintiff and the Putative Collective*

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  JUDITH ZISSA, individually and on        Case No. 2:18-cv-10174-CJC-JDE
    behalf of all others similarly situated,
15
                 Plaintiff,                  **NOTICE OF LODGING**
16                                           **[PROPOSED] JUDGMENT**
          vs.
17
    COUNTY OF LOS ANGELES, a legal
18  subdivision of the State of California,
19               Defendant.
20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff Judith Zissa hereby lodges the Proposed Judgment as **Exhibit A**.

Date: December 24, 2021        Respectfully submitted,

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*/s/ Ori Edelstein*

Carolyn H. Cottrell
Ori Edelstein
Kristabel Sandoval
2000 Powell Street, Suite 1400
Emeryville, California 94608
Phone: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
ksandoval@schneiderwallace.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court, Central District of California, by using the Court's CM/ECF system on December 24, 2021. Service will be accomplished by the Court's CM/ECF system.

Dated: December 24, 2021

*/s/ Ori Edelstein*
Ori Edelstein

-1-