# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ZISSA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, a legal subdivision of the State of California,<br><br>  Defendant. | Case No. 2:18-cv-10174-CJC-JDE<br><br>**JUDGMENT** |

The Motion for Approval of FLSA Collective Action Settlement filed by Plaintiff Judith Zissa ("Plaintiff") in the above-captioned Action came on for remote hearing on December 21, 2021 at 10:00 a.m. in Courtroom 9B, of the above captioned court, the Honorable Cormac J. Carney presiding. Defendant did not oppose the motion. The Parties have fully briefed the issues regarding approval, attorneys' fees, costs, and service award, the case has been heard, and the Court has granted approval of the Settlement in substantial part.

Therefore, the Court **HEREBY ORDERS, ADJUDGES, AND DECREES** that judgment shall be and hereby is entered in the above-captioned Action on the terms set forth in the Court's entered Order Granting In Substantial Part Plaintiffs Motion For Settlement Approval Of FLSA Collective Action [Dkt. 154]. Specifically, the Court **APPROVES** the settlement on the following terms: a total non-reversionary fund of $2,350,000 to be used to pay class members, employee-side taxes arising from the payments to class members, attorney fees of $587,500 and costs of $151,828.53, settlement administration costs of $20,000, and incentive awards of $10,000 for Plaintiff Judith Zissa and $5,000 for Opt-In Plaintiff Jesus Gonzalez.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: December 27, 2021

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC: FISCAL

-1-

JUDGMENT
Zissa v. County of Los Angeles, Case No. 2:18-cv-10174-CJC-JDE